## BRASWELL v. BRASWELL

No. 225A90

Case below: 98 N.C. App. 231

Petition by defendant (Ralph L. Tyson) for discretionary review pursuant to G.S. 7A-31 allowed 26 July 1990.

## CENTRAL CAROLINA NISSAN, INC. v. STURGIS

No. 271P90

Case below: 98 N.C. App. 253

Petition by plaintiff (J. Douglas Moretz) for discretionary review pursuant to G.S. 7A-31 denied 26 July 1990.

## CHEEK v. POOLE

No. 220P90

Case below: 98 N.C. App. 158

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 26 July 1990.

## CORUM v. UNIVERSITY OF NORTH CAROLINA

No. 163PA90

Case below: 97 N.C. App. 527

Motion by defendants to dismiss appeal for failure to comply with the Rules of Appellate Procedure denied 26 July 1990. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 26 July 1990. Petition by defendants for discretionary review pursuant to G.S. 7A-31 allowed 26 July 1990. Petition by defendants for writ of supersedeas allowed 26 July 1990.

## DONALDSON v. CHARLOTTE MEM. HOSP. & MEDICAL CENTER

No. 58P90

Case below: 96 N.C. App. 663

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 26 July 1990.